**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00445-CV**
_____

**DAVID VANCE AND CLINT WELCH
D/B/A WELCH TRUCKING, LLC, Appellants**

**V.**

**BRANDON WILLSON, Appellee**

**On Appeal from the 58th District Court
Jefferson County, Texas
Trial Cause No. A-198,485**

**MEMORANDUM OPINION**

The appellants, David Vance and Clint Welch d/b/a Welch Trucking, LLC, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellants prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

1

_____
HOLLIS HORTON
Justice

Submitted on January 23, 2019
Opinion Delivered January 24, 2019

Before McKeithen, C.J., Horton and Johnson, JJ.